Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward, CA 94545-1541
(510) 266- 5580
13trustee@oak13.com

Trustee for Debtor(s)

**Entered on Docket**
**August 12, 2008**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed: August 12, 2008**

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re

Don Alejandro Leones
Theresa Camacho Enriquez

Chapter 13 Case Number:
08-43267-LT 13

Debtors(s)

CONFIRMATION ORDER AFTER MEETING OF CREDITORS

1. The Meeting of Creditors having been concluded on August 07, 2008
2. Upon consideration of the papers filed in this case, any testimony given at the Confirmation Hearing (s), any argument of counsel,
3. The Court makes the following findings:
    a. The Plan complies with the provisions of Chapter 13 Title 11, United States Code;
    b. The Debtor has paid the filing fee in full in this case;
    c. The Plan has been proposed in good faith and not by any means forbidden by law;
    d. The value, as of the effective date of the Plan, of property to be distributed under the Plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the Debtor were liquidated under Chapter 7 of this Title on such date;
    e. With respect to each allowed secured claim provided for by the Plan;
        i. The Holder of such claim has accepted the Plan; or
        ii. (A) The Plan provides that the holder of such claim retain the lien securing such claim; and
            (B) The value, as of the effective date of the Plan, of property to be distributed under the Plan on account of such claim is not less than the allowed amount of such claim; or
        iii. The Debtor surrenders the property securing such claim to such holder; and
    f. The Debtor will be able to make all payments under the Plan and to comply with the Plan.

4. GOOD CAUSE APPEARING
    a. IT IS ORDERED that the Debtor(s) Plan (or Amended Plan) filed on June 25, 2008 is confirmed.

    b. IT IS FURTHER ORDERED that the future income of the Debtor(s) is submitted to the supervision and control of the Trustee, as is necessary for the execution of the Plan (or Amended Plan).

ADDITIONAL PROVISIONS: PRO TANTO PLAN BASE PAYING $54,900.00.

END OF ORDER

## COURT SERVICE LIST

Don Alejandro Leones
Theresa Camacho Enriquez
5510 Dawn View Ct.
Antioch,CA 94531

(Debtor(s))

Patrick L Forte Atty
1 Kaiser Plaza #480
Oakland,CA 94612

(Counsel for Debtor)