**Entered on Docket**
**October 15, 2009**
**GLORIA L. FRANKLIN, CLERK**
**U.S BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



```
1  PATRICK L. FORTE, State Bar #80050
   CORRINE BIELEJESKI, Bar #244599          Signed: October 14, 2009
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328                _____
4  Facsimile: (510) 763-8354                      LESLIE TCHAIKOVSKY
                                                   U.S. Bankruptcy Judge
5  Attorneys for Debtors                    _____
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | No. 08-43267 LT-13 |
| **DON ALEJANDRO LEONES** and **THERESA CAMACHO ENRIQUEZ,** | Chapter 13 |
| Debtors. | **ORDER MODIFYING CHAPTER 13 PLAN** |
| _____/ | |

The above named debtors having served a Motion to Modify Chapter 13 Plan on September 1, 2009 and there being no objections thereto and good cause appearing therefor;

**IT IS ORDERED** that debtor's Chapter 13 Plan be modified as follows: Commencing September, 2009, debtors shall pay the sum of $300.00 per month. Debtors shall surrender their real property located at 5510 Dawn View Court, Antioch, CA to Countrywide, Provident Funding, GEMB/Greentree and the Contra Costa County Tax Collector. Any plan arrearages shall be forgiven. Unsecured, nonpriority creditors shall be paid on a pro-tanto basis.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

**Attorney for Debtor**
Patrick L. Forte, Esq.
One Kaiser Plaza, #480
Oakland, CA 94612


U.S. Trustee
1301 Clay Street, #690N
Oakland, CA  94612


**Chapter 13 Trustee**
Martha Bronitsky
Trustee
P.O. Box 5004
Hayward, CA  94540

**Debtor**
Don Leones
Theresa Enriquez
5510 Dawn View Court
Antioch, CA 94531